Barnett Foundry Co. *v.* Crowe.          .       *80 Eq.*

THE OSCAR BARNETT FOUNDRY COMPANY, respondent,

*v.*

PAUL L. CROWE, appellant.

[Submitted March 25th, 1912.   Decided June 20th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p.*

*Messrs. Lum, Tamblyn & Colyer,* for the respondent.

*Mr. Boyd McLean,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, MINTURN, KALISCH, VROOM, CONGDON, WHITE —9.

*For reversal*—THE CHIEF-JUSTICE, PARKER, BERGEN, VOORHEES, BOGERT, VREDENBURGH, TREACY—7.